| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| | D. PETER HARVEY (SBN 55712) |
| 2 | Email:  pharvey@harveysiskind.com |
| 3 | MATTHEW A. STRATTON (SBN 254080) |
| | Email:  mstratton@harveysiskind.com |
| 4 | Four Embarcadero Center, 39th Floor |
| | San Francisco, California 94111 |
| 5 | Telephone:  (415) 354-0100 |
| | Facsimile:  (415) 391-7124 |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | WIMAX FORUM |
| 8 | |
| | HANSON BRIDGETT LLP |
| 9 | ARMAN JAVID (SBN  191572) |
| | Email:  ajavid@hansonbridgett.com |
| 10 | 425 Market Street, 26th Floor |
| | San Francisco, CA  94105 |
| 11 | Telephone:  (415) 777-3200 |
| | Facsimile:  (415) 995-3571 |
| 12 | |
| 13 | EDWARDS ANGELL PALMER & DODGE LLP |
| | STEVEN M. COWLEY (*pro hac vice to be filed*) |
| 14 | Email: scowley@eapdlaw.com |
| | CARRIE WEBB OLSON (*pro hac vice to be filed*) |
| 15 | Email: colson@eapdlaw.com |
| | 111 Huntington Ave |
| 16 | Boston, MA 02199 |
| 17 | Telephone:  (617) 951-2283 |
| | Facsimile:  (888) 325-9103 |
| 18 | |
| | Attorneys for Defendants |
| 19 | YANKEE GROUP RESEARCH, INC., WEINMAN CORPORATION, and ELIOT WEINMAN |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| WIMAX FORUM, a California corporation, | Case No. C 09-1623 SBA |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT** |
| YANKEE GROUP RESEARCH, INC., a Delaware corporation, WEINMAN CORPORATION, a Massachusetts corporation, ELIOT WEINMAN, an individual, and Does 1-25, | |
| Defendants. | |

1  On June 26, 2009, the parties agreed to attempt to resolve this dispute through mediation. To
2  allow the parties to focus on the mediation process, the parties hereby stipulate to extend defendants
3  Yankee Group Research, Inc., Weinman Corporation, and Eliot Weinman's time to respond to plaintiff's
4  complaint on or before September 24, 2009.

Dated: July 1, 2009

HARVEY SISKIND LLP
D. PETER HARVEY
MATTHEW A. STRATTON

By: _____/s/_____
      Matthew A. Stratton

Attorneys for Plaintiff
WIMAX FORUM

Dated: July 1, 2009

EDWARDS ANGELL PALMER & DODGE LLP
STEVEN M. COWLEY
CARRIE WEBB OLSON

HANSON BRIDGETT LLP
ARMAN JAVID

By: _____/s/_____
      Arman Javid

Attorneys for Defendants
YANKEE GROUP RESEARCH, INC.,
WEINMAN CORPORATION, and ELIOT WEINMAN

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on this document.

_____/s/_____
Matthew A. Stratton

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

_____
The Honorable Saundra Brown Armstrong
United States District Court Judge