HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
Email:  pharvey@harveysiskind.com
MATTHEW A. STRATTON (SBN 254080)
Email:  mstratton@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124

Attorneys for Plaintiff
WIMAX FORUM

HANSON BRIDGETT LLP
ARMAN JAVID (SBN  191572)
Email:  ajavid@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:  (415) 777-3200
Facsimile:  (415) 995-3571

EDWARDS ANGELL PALMER & DODGE LLP
STEVEN M. COWLEY (*pro hac vice to be filed*)
Email: scowley@eapdlaw.com
CARRIE WEBB OLSON (*pro hac vice to be filed*)
Email: colson@eapdlaw.com
111 Huntington Ave
Boston, MA 02199
Telephone:  (617) 951-2283
Facsimile:  (888) 325-9103

Attorneys for Defendants
YANKEE GROUP RESEARCH, INC., WEINMAN CORPORATION, and ELIOT WEINMAN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| WIMAX FORUM, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>YANKEE GROUP RESEARCH, INC., a Delaware corporation, WEINMAN CORPORATION, a Massachusetts corporation, ELIOT WEINMAN, an individual, and Does 1-25,<br><br>Defendants. | Case No. 3:09-cv-1623-SBA<br><br>**JOINT REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE FOR 30 DAYS AFTER MEDIATION AND OTHER PRETRIAL DEADLINES** |

1    The parties hereby submit this Joint Request To Reschedule Case Management Conference

2    For 30 Days After Mediation And Other Pretrial Deadlines.  In accordance with the Court's

3    Scheduling Order, representatives of WiMAX Forum ("Plaintiff") and defendants Yankee Group

4    Research, Inc., Weinman Corporation, and Eliot Weinman ("Defendants") are scheduled to mediate

5    their claims with Anthony M. Keats, Esq. of Keats McFarland & Wilson LLP.  The mediation will

6    occur on September 29, 2009 in San Francisco, California.

7    Defendants have informed Plaintiff that if the parties are unable to resolve this dispute at

8    mediation, defendants Eliot Weinman and Weinman Corporation intend to seek dismissal of the

9    action against them for lack of personal jurisdiction.  Plaintiff, however, reserves all rights to contest

10   any such jurisdictional challenge.  In any case, the parties agree that the mediation may proceed as

11   between Plaintiff and Yankee Group Research, Inc. because they believe a full resolution may be

12   possible.  Therefore, the parties hereby request that the Court waive any requirement that Mr.

13   Weinman and Weinman Corporation attend the mediation, provided they are available by telephone

14   during the mediation.

15   In the interest of judicial economy and to conserve the resources of the parties, Plaintiff and

16   Defendants jointly request that the Court reschedule the current September 17, 2009 Case

17   Management Conference for thirty days after the completion of mediation.  Accordingly, the parties

18   respectfully request that the Case Management Conference be reset to October 29, 2009, or as soon

19   thereafter as convenient for the Court.  It is the hope of the parties that the mediation leads to

20   settlement of the matter and that the Case Management Conference becomes unnecessary.

21   In the event the parties are unable to resolve this dispute at mediation, the parties further

22   agree that Defendants shall respond to the complaint on or before October 6, 2009.

23

24   / / /

25   / / /

26   / / /

27

28

- 1 -

JOINT REQUEST TO RESCHEUDLE CASE MANAGEMENT                    Case No. C 09-1623 SBA
CONFERENCE FOR 30 DAYS AFTER MEDIATION AND OTHER PRETRIAL DEADLINES

1 | Respectfully Submitted,

2

3 | Dated:  September 4, 2009          HARVEY SISKIND LLP

4 |                                   D. PETER HARVEY
                                      MATTHEW A. STRATTON
5

6 |                                   By:  _____/s/_____
                                                Matthew A. Stratton
7

8 |                                   Attorneys for Plaintiff
                                      WIMAX FORUM

9 | Dated:  September 4, 2009          EDWARDS ANGELL PALMER & DODGE LLP
                                      STEVEN M. COWLEY
10 |                                  CARRIE WEBB OLSON

11 |                                  HANSON BRIDGETT LLP
12 |                                  ARMAN JAVID

13 |                                  By:  _____/s/_____
                                               Arman Javid
14

15 |                                  Attorneys for Defendants
                                      YANKEE GROUP RESEARCH, INC.,
16 |                                  WEINMAN CORPORATION, and ELIOT WEINMAN

17

18 |     I hereby attest that concurrence in the filing of this document has been obtained from each of

19 | the other signatories which shall serve in lieu of their signatures on this document.

20 |                                        _____/s/_____
                                              Matthew A. Stratton
21

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27

28

- 2 -

1  IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for

2  September 17, 2009 shall be CONTINUED **November 4th, 2009 at 3:00 PM**.

3  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management

4  Conference Statement which shall be filed no later than ten (10) days prior to the Case Management

5  Conference that complies with the Standing Order For All Judges Of The Northern District Of

6  California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement

7  as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-

8  3559 at the above indicated date and time.

9

10

11  Dated:  _9/9/09

12  _____

13  The Honorable Saundra Brown Armstrong
    United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT REQUEST TO RESCHEUDLE CASE MANAGEMENT                          Case No. C 09-1623 SBA
CONFERENCE FOR 30 DAYS AFTER MEDIATION AND OTHER PRETRIAL DEADLINES